# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR R. CHACON,<br><br>        Petitioner,<br><br>v.<br><br>STU SHERMAN, Warden,<br><br>        Respondent. | CASE NO. 2:16-cv-00920-BRO (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Denying Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and this action dismissed with prejudice.

IT IS SO ORDERED.

DATED: September 14, 2017

_____

HON. BEVERLY REID O'CONNELL
United States District Judge